UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONGTAO CHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>        Defendant. | Case No. 23-cv-06100-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court is informed that the parties have settled. Dkt. Nos. 31, 32. Accordingly, all pending deadlines and appearances are vacated. On or before **October 25, 2024**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **November 5, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 29, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: September 26, 2024

                                                      Virginia K. DeMarchi<br>
                                                      United States Magistrate Judge